August 16, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID BUZZELLI, Appellant

NO. 14-12-00609-CV                              V.

MICHAEL "MATT" MILAN EMANUEL, MICHAEL KLARE, GREG BRYAN, INDIVIDUALLY AND INSPECTORMAN.COM, L.L.C. D/B/A BRYAN AND BRYAN INSPECTORS, L.L.C., BRYAN AND BRYAN PEST AND TERMITE INSPECTIONS, L.L.C., BOB RYAN, INDIVIDUALLY AND ON BEHALF OF ROBERT RYAN REALTORS, Appellees

————————————————————

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 2, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, David Buzzelli.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.